**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1237**

GREGORY WALSH,

Plaintiff - Appellant,

v.

ONE WEST BANK, FSB; JOHN DOES 1-10/JANE DOE 1-10,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:13-cv-01094-LO-TCB)

Submitted:  July 24, 2014                     Decided:  July 28, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Gregory J. Walsh, Appellant Pro Se.  Billy Bernard Ruhling, II, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia; Michael R. Sklaire, GREENBERG TRAURIG, LLP, McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory J. Walsh appeals the district court's order dismissing his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court at the hearing held on March 7, 2014, and in its order of dismissal. Walsh v. One West Bank, FSB, No. 1:13-cv-01094-LO-TCB (E.D. Va. Mar. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2